**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02432-LTB-KMT

THOMAS MESSICK, and
MARY ANN MESSICK,

       Plaintiffs,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

       Defendant.

## NOTICE OF SETTLEMENT

    COMES NOW the Plaintiffs and Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiffs and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiffs have received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by January 23, 2009.

Respectfully submitted on January 14, 2009,

| | |
|---|---|
| s/ David M. Larson | s/ Louis Leonard Galvis |
| David M. Larson, Esq. | Louis Leonard Galvis, Esq. |
| 405 S. Cascade Avenue Suite 305 | Sessions, Fishman, Nathan & Israel, LLP |
| Colorado Springs, CO 80903 | 645 Stonington Lane |
| (719) 473-0006 | Fort Collins, CO 80525 |
| Attorney for the Plaintiffs | (970) 223-4420 |
| | Attorneys for the Defendant |