**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02432-LTB-KMT

THOMAS MESSICK and
MARY ANN MESSICK,

      Plaintiffs,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

      Defendant.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 16 - filed January 26, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: January 27, 2009